# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-07-00098-CV

**Appellant, Texas Commission on Environmental Quality// Cross-Appellant, Environmental Defense, Inc.**

**v.**

**Appellees, Environmental Defense, Inc. and Sierra Club// Cross-Appellees, Texas Commission on Environmental Quality, State Office of Administrative Hearings; and Sandy Creek Energy Associates, L.P.**

**FROM THE DISTRICT COURT OF TRAVIS COUNTY, 345TH JUDICIAL DISTRICT NO. D-1-GN-06-003957, HONORABLE STEPHEN YELENOSKY, JUDGE PRESIDING**

## M E M O R A N D U M   O P I N I O N

This case involves an interlocutory appeal and cross-appeal from the trial court's order granting in part and denying in part a plea to the jurisdiction filed by appellant the Texas Commission on Environmental Quality. This Court issued an opinion abating this cause on April 13, 2007. The parties have now filed a joint motion to dismiss their respective appeal and cross-appeal. *See* Tex. R. App. P. 42.1. Accordingly, we reinstate this cause, grant the parties' motion, and dismiss the appeal and cross-appeal. *Id.*

_____

Jan P. Patterson, Justice

Before Chief Justice Law, Justices Patterson and Henson

Dismissed on Joint Motion

Filed:   October 10, 2008